IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LEVI CHEFF and MICHELE CHEFF,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN STATES PREFERRED INSURANCE COMPANY; GENERAL INSURANCE COMPANY OF AMERICA; and JOHN DOES A–D,<br><br>Defendants. | CV 22-18-M-KLD<br><br><br>ORDER |

The Court held a telephonic discovery status conference in this case on December 9, 2022. As discussed with the parties during the conference,

IT IS ORDERED that the parties shall brief the issue of the scope of production required under Rule 35(b)'s mandate that, "The party who moved for the examination must, on request, deliver to the requester a copy of the examiner's report, together with like reports of all earlier examinations of the same condition." Plaintiffs shall specify the specific enumerated categories or types of documents they argue they are entitled to and provide the legal justification for requiring production.

1

The parties shall submit their briefing on the issues as follows:

| | |
|---|---|
| Plaintiffs' Opening Brief: | December 22, 2022 |
| Defendants' Response Brief: | January 6, 2023 |
| Plaintiffs' Reply Brief: | January 13, 2023 |

DATED this 9th day of December, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge