IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LEVI CHEFF and MICHELE CHEFF,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN STATES PREFERRED INSURANCE COMPANY; GENERAL INSURANCE COMPANY OF AMERICA; and JOHN DOES A–D,<br><br>Defendants. | CV 22-18-M-KLD<br><br><br><br>ORDER |

The parties have filed a Stipulation Regarding Dismissal of Ridley Count III Payments in Complaint. (Doc. 39). Having reviewed the Stipulation,

IT IS ORDERED that Count III of Plaintiffs' Complaint is dismissed without prejudice, subject to the terms and conditions of the parties' Stipulation.

DATED this 6th day of March, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1