IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LEVI CHEFF and MICHELE CHEFF,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN STATES PREFEREED INSURANCE COMPANY; GENERAL INSURANCE COMPANY OF AMERICA; and JOHN DOES A-D,<br><br>Defendants. | CV 22-18-M-KLD<br><br><br>ORDER |

Pursuant to the Court's prior order (Doc. 87), the parties have filed a joint Stipulation of Dismissal with Prejudice. (Doc. 88). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its owns costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 26th day of May, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1